FILED IN OPEN COURT
ON 1|18|18 SW
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00321-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| PHUONG NGOC TRUONG | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Phuong Ngoc Truong, on February 20, 2018, and the defendant's guilty plea to an offense in violation of 18 U.S.C. § 371, specifically, conspiracy to conduct an illegal gambling business in violation of 18 U.S.C. § 1955, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981 (a)(1)(C), to wit:

Personal Property

a) $123,900.00 in currency seized from a safe deposit box located at Bank of America in Fayetteville, North Carolina on December 3, 2015;

b) $49,546.00 in currency seized from three separate accounts located at Bank of America in Fayetteville, North Carolina on December 3, 2015;

c) $51,971.00 in currency seized from a safe deposit box

1

located at Wells Fargo in Fayetteville, North Carolina on December 3, 2015; and

d) $46,106.00 in currency seized from 5623 Dodge Drive in Fayetteville, North Carolina on December 3, 2015; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Phuong Ngoc Truong, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States

2

shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 8+ day of November, 2018.

LOUISE W. FLANAGAN
United States District Judge